IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREDERICH OSHUNRINDER,

    Petitioner,

v.                                          CASE NO. 1:06-cv-00241-MP-AK

ALACHUA COUNTY SHERIFF, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Notice of Voluntary Dismissal, by Frederich Oshunrinder through counsel. Although this is not a pro se habeas case, it was referred to the undersigned by the district judge for disposition. For good cause shown, the Court finds that the motion is well taken, and it is **GRANTED**. This cause is hereby voluntarily dismissed without prejudice.

**DONE AND ORDERED** this **19th** day of December, 2006.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**